# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

GEORGE T. MCLAUGHLIN,

    Plaintiff,

vs.

M. COVA,

    Defendant.

Case No. 2:08-cv-01342-PMP-GWF

**FINDINGS AND RECOMMENDATIONS**

On October 27, 2009, the Court screened Plaintiff's Amended Complaint pursuant to 28 U.S.C. § 1915A(b)(1)-(2) to identify any cognizable claims and dismiss any claims that were frivolous, malicious, failed to state a claim upon which relief may be granted or sought monetary relief from a defendant who is immune from such relief. (Dkt. #12). The Court found that Plaintiff had failed to state a claim upon which relief may be granted and dismissed the complaint with leave for Plaintiff to amend his complaint. (*Id.*) The Court granted Plaintiff until November 26, 2009 to submit a second amended complaint if he believed he could correct the noted deficiencies. (*Id.*)

It is now one hundred and one (101) days since the Court granted Plaintiff leave to amend and Plaintiff has neither filed a second amended complaint nor responded to the Court's Order. Accordingly,

**IT IS HEREBY RECOMMENDED** that Plaintiff's Amended Complaint (Dkt. #5) should be **dismissed with prejudice** based on Plaintiff's failure to file a second amended complaint and failure to respond to the Court's Order.

. . .

. . .

. . .

**NOTICE**

These Findings and Recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within twenty (20) days after being served with these Findings and Recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED this 8th day of February, 2010.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**